Submitted on record and briefs August 12, sentences vacated; remanded for
resentencing; otherwise affirmed December 7, 2005

## STATE OF OREGON,
*Respondent,*

*v.*

## GARY JAMES FRAZEY,
*Appellant.*

0307-33540; A124084

125 P3d 31

James N. Varner filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Erika L. Hadlock, Assistant Solicitor General, filed the brief for respondent.

Before Linder, Presiding Judge, and Edmonds* and Wollheim, Judges.

PER CURIAM

_____

\* Edmonds, J., *vice* Richardson, S. J.

## PER CURIAM

Defendant was convicted of robbery in the first degree, ORS 164.415, assault in the second degree, ORS 163.175, animal abuse in the second degree, ORS 167.315, and tampering with a witness, ORS 162.285. On appeal, defendant challenges the trial court's imposition of an upward departure sentence on his conviction for robbery in the first degree. He argues that the court's upward departure was erroneous under *Blakely v. Washington*, 542 US 296, 124 S Ct 2531, 159 L Ed 2d 403 (2004), because it was based on facts that were not admitted by defendant nor found by a jury. Although defendant did not advance such a challenge below, he argues that the sentence should be reviewed as plain error. Under our decision in *State v. Perez*, 196 Or App 364, 102 P3d 705 (2004), *rev allowed*, 338 Or 488 (2005), the trial court's upward departure—based on its findings that defendant was "on supervision at time of offense" and that "repeated periods of incarceration have failed to deter defendant"—is plainly erroneous. For the reason set forth in *Perez*, we exercise our discretion to correct the error. *See also State v. Allen*, 198 Or App 392, 108 P3d 651, *adh'd to on recons*, 202 Or App 565, 123 P3d 331 (2005).

Sentences vacated; remanded for resentencing; otherwise affirmed.